# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **MOTION** |
| SMITH, RONNIE DALE    XXX-XX-6629 | ) | **CHAPTER 13** |
| 365 VINSON ROAD | ) | |
| BURLINGTON NC 27217 | ) | No: 18-10782    C-13G |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

　　　This plan was scheduled for a Meeting of Creditors on August 27, 2018. The Meeting of Creditors was continued to September 4, 2018. The Debtor failed to appear at the Meeting of Creditors on August 27, 2018. The Trustee recommends the Debtor be dismissed from Chapter 13 prior to confirmation. The Trustee further recommends that should the case be dismissed prior to confirmation that the Trustee be allowed to retain from any funds received in the case noticing costs plus $125.00 to credit toward expenses.

Date: August 28, 2018　　　　　　　　　　　　　　　　　　　　　　　　　s/Anita Jo Kinlaw Troxler
AJKT: lj　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Standing Trustee

---

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at 2:30 p.m., September 17, 2018, in the Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: August 28, 2018　　　　　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE CLERK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
18-10782

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

RONNIE D SMITH
365 VINSON ROAD
BURLINGTON NC 27217

BRANDI L RICHARDSON ESQ
PO BOX 840
REIDSVILLE NC 27323