UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:

| | | |
|---|---|---|
| Ronnie Dale Smith | ) | Case Number: 18-10782 |
| | ) | Chapter 13 |
| | ) | |
| Social Security No:   xxx-xx-6629 | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE**

Movant, Ronnie Dale Smith, by and through undersigned counsel, hereby provides Notice of Withdrawal of Objection to Claim #3 of the Internal Revenue Service in the above-captioned case to all parties.

This the 17th day of September, 2018

/s/ Brandi L. Richardson
Brandi L. Richardson
Attorney for Debtor
PO Box 840
Reidsville, NC   27323
(336) 348-1241
State Bar # 38699

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:

| | | |
|---|---|---|
| Ronnie Dale Smith | ) | Case Number: 18-10782 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

I, Brandi L. Richardson, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than eighteen (18) years of age and that on September 17, 2018, I served copies of the foregoing **WITHDRAWAL OF OBJECTION TO CLAIM** to the following parties:

Mr. William P. Miller
Bankruptcy Administrator
PO Box 1828
Greensboro, N.C. 27402

Ms. Anita Jo Kinlaw-Troxler, Standing Trustee
PO Box 1720
Greensboro, NC   27402-1720

Ronnie Smith
365 Vinson Road
Burlington, NC   27217

Internal Revenue Service
PO Box 7346
Philadephia, PA   19101

US Attorney- Middle District of North Carolina
PO Box 1858
Greensboro, NC   27402

United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street- 4th Floor
Greensboro, NC   27401

Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC   20530-0001

Dated:   September 17, 2018

By:         /s/ Brandi L. Richardson
            Brandi L. Richardson